UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PATRICK-JOSEPH GROULX,

Plaintiff,                                     Case No. 1:22-cv-12049

v.                                             Honorable Thomas L. Ludington
                                               United States District Judge
SAGINAW COUNTY ROAD COMMISSION,

Defendant.                                     Honorable Patricia T. Morris
                                               United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING
PLAINTIFF'S COMPLAINT WITH PREJUDICE, AND DENYING PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION AS MOOT**

This matter is before this Court upon Magistrate Judge Patricia T. Morris's Report and
Recommendation (R&R) recommending that the undersigned *sua sponte* dismiss Plaintiff's
Complaint under 28 U.S.C. § 1915(e)(2)(B) because he has not stated a claim upon which relief
could be granted, ECF No. 6 at PageID.27–29.

Although the R&R states that Plaintiff could object to and seek review of the R&R within
14 days of service, Plaintiff did not file any objections. Rather, the next day, he filed a "civil
witness list," ECF No. 8, and a motion for a preliminary injunction against Defendant, ECF No. 9.
He has therefore waived his right to appeal Judge Morris's findings. *See Thomas v. Arn*, 474 U.S.
140, 149 (1985).

Accordingly, it is **ORDERED** that Magistrate Judge Morris's Report and
Recommendation, ECF No. 6, is **ADOPTED**.

Further, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITH
PREJUDICE**.

Further, it is **ORDERED** that Plaintiff's Ex Parte Motion for Immediate Consideration for

an Order for Defendant to Permanently Cease and Desist, ECF No. 9, is **DENIED AS MOOT**.

**This is a final order and closes the above-captioned case**.

Dated: October 12, 2022                    s/Thomas L. Ludington
                                            THOMAS L. LUDINGTON
                                            United States District Judge